UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cr-00097-1

**United States of America**

v.

**Janette Ramirez-Mederos**
**aka Maria Nency Perez-Vallejo**
**aka Janet Ramirez**
**aka Janet Isidoro**

### ORDER

    This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 22. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment. *Id.* at 2. Defendant waived her right to object to the magistrate judge's findings. *Id.*

    The court hereby accepts the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

    In accordance with defendant's guilty plea, the court finds defendant Janette Ramirez-Mederos guilty of count one of the indictment, charging a violation of 8 U.S.C. § 1326(a) and (b)(1) – Illegal Reentry Following Removal.

*So ordered by the court on December 12, 2024.*

                                J. CAMPBELL BARKER
                                United States District Judge